**UNITED STATES of America,**
**Appellee,**

v.

**John J. JETT, Appellant.**

**No. 10–3572.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2011.

Filed: April 22, 2011.

---

Michelle Nahon Moulder, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

John J. Jett, Cameron, MO, pro se.

Douglas C. Bunch, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

## PER CURIAM.

John Jett pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). The district court[1] concluded that he was an armed career criminal, *see* 18 U.S.C. § 924(e)(1), and sentenced him to 188 months in prison, the bottom of the Sentencing Guidelines range. On appeal, Jett's counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw. Jett has filed a pro se supplemental brief. After careful review, we affirm.

In the *Anders* brief, counsel argues that Jett's eleven Missouri burglary convictions for first- and second-degree burglary were not "violent felonies" for purposes of armed-career-criminal status, and Jett ar-

gues the same. These convictions qualify as violent felonies, however, as both the statute itself and our precedent make clear. *See* 18 U.S.C. § 924(e)(2)(B); *United States v. Bell*, 445 F.3d 1086, 1090–91 (8th Cir.2006). Further, after reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues for appeal. Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw, subject to counsel informing Jett about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The HONORABLE RICHARD E. DORR, United States District Judge for the Western